

# THE ATTORNEY GENERAL
# OF TEXAS

## AUSTIN, TEXAS 78711

**JOHN L. HILL**
**ATTORNEY GENERAL**

August 22, 1975

The Honorable Tim Curry
Criminal District Attorney
Tarrant County Courthouse
Fort Worth, Texas 76102

Opinion No. H- 672

Re: Whether juvenile probation officers are covered by the County Civil Service Act.

Dear Mr. Curry:

You have requested our opinion concerning whether juvenile probation officers are "employees" within the operation of the County Civil Service Act, article 2372h-6, V. T. C. S.

In Attorney General Opinion H-619 (1975) we found that adult probation officers were not subject to the County Civil Service Act, since we believed the control exercised by district judges over adult probation was inconsistent with the authority of the Civil Service Commission concerning employees subject to the Act. We believe the rationale of H-619 is applicable to your question and that the juvenile probation officers of Tarrant County are not subject to the County Civil Service Act.

Article 5139, V. T. C. S., provides that the district judges and county judge shall constitute the Juvenile Board of counties having a population of 100,000 or over. Since article 5142c-2 requires the chief juvenile probation officer to be appointed by the Board, and assistants to be appointed subject to the Board's approval, in our view the various judges exercise a degree of control over juvenile probation officers which would be inconsistent with the powers of a County Civil Service Commission. See Attorney General Opinion H-619.

### SUMMARY

Juvenile probation officers of Tarrant County are not subject to the County Civil Service Act.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jad: